∿AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Stonewall Insurance Company

**SUMMONS IN A CIVIL ACTION**

V.

Argonaut Insurance Company

CASE NUMBER:

TO: (Name and address of Defendant)
Argonaut Insurance Company
10101 Reunion Place, Suite 500
San Antonio, TX 78216

**05-12305 RWZ**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin J. O'Connor, Esquire
Hermes, Netburn, O'Connor & Spearing, PC
265 Franklin Street, 7th Floor
Boston, MA 02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  11-18-05

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Mark E. Watson, III
President + CEO
Argonaut Insurance Co.
10101 Reunion Place, Suite 500
San Antonio, TX 78216

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Esequiel Contreras ☐ Agent ☐ Addressee

B. Received by (Printed Name): Esequiel Contrera
C. Date of Delivery: 12-12-5

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7099 3220 0004 6181 9153

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540